Commonwealth ex rel. Dustin *v.* Hiepler, Appellant.

Argued June 10, 1968. *R. Anderman*, with him *David J. Natale*, and *ReDavid, Orlowsky, Maffei & Natale*, for appellant; *Harold L. Ervin, Jr.*, with him *John C. Smith*, for appellee.

Order affirmed.